# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MASSOUMEH KAVIANI-NEJAD,**<br><br>　　**Plaintiff(s),**<br><br>　　v.<br><br>**FEDERAL HOME LOAN MORTGAGE CORPORATION** *et al.***,**<br><br>　　**Defendant(s).** | Case No.: **13-CV-01697 YGR**<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

On April 22, 2013, Defendant filed a Motion to Dismiss. (Dkt. No. 5). The hearing on the motion was renoticed for June 18, 2013. Plaintiff's opposition was due on or about May 10, 2013. Civ. L.R. 7-3(a).

To date, Plaintiff has failed to oppose the Motion. <u>Plaintiff shall file an opposition to the Motion to Dismiss no later than **June 21, 2013**</u>. <u>Failure to file an opposition by that date will result in dismissal of the action for failure to prosecute</u>. Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The hearing date of June 18, 2013 is hereby **CONTINUED** to **July 23, 2013** at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**