1  PETER J. SALMON (SBN 174386)
   CHRISTOPHER L. PETERSON (SBN 215069)
2  JILLIAN A. BENBOW (SBN 246822)
   JASON W. SHORT (SBN 263667)
3  PITE DUNCAN, LLP
   4375 JUTLAND DRIVE, SUITE 200
4  P.O. BOX 17935
   SAN DIEGO, CA 92177-0935
5  TELEPHONE: (858) 750-7600
   FACSIMILE: (619) 590-1385
6  E-Mail: jshort@piteduncan.com

7  Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION and
   CITIMORTGAGE, INC.
8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| Massoumeh Kaviani-Nejad, | Case No. C-13-01697-YGR |
| Plaintiff, | **STIPULATION TO REMOVE AND REPLACE INCORRECTLY FILED DOCUMENTS** |
| v. | |
| Federal Home Loan Mortgage Corporation; CitiMortgage, Inc.; and DOES 1 TO 50, | Complaint Filed:   April 17, 2012 |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** upon by, and between, Plaintiff Massoumeh Kaviani-Nejad ("Plaintiff") and Defendants Federal Home Loan Mortgage Corporation ("FHLMC") (Plaintiff and FHLMC may be referred to collectively as the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, FHLMC filed a Notice of Removal on or about April 15, 2013, which is filed on the Court's docket at Docket #1;

WHEREAS, the Notice of Removal included as Exhibit A, copies of Plaintiff's pleadings filed in the Superior Court of California, County of Contra Costa;

WHEREAS, Plaintiff's Complaint filed in the Superior Court of California, County of Contra Costa, included documents containing confidential and private information of Plaintiff;

WHEREAS, counsel for FHLMC inadvertently e-filed the Notice of Removal without redacting Plaintiff's confidential information;

WHEREAS, the Parties hereby stipulate and agree to remove the incorrectly filed documents as follows:

(1) Docket entry #1, Notice of Removal, filed April 15, 2013 shall be removed from ECF and shall be replaced with the redacted Notice of Removal attached hereto as Exhibit A.

IT IS SO STIPULATED.

Dated: June 24, 2013                          PITE DUNCAN, LLP

  /s/ Jillian A. Benbow
  JILLIAN A. BENBOW
  JASON W. SHORT
  Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION and CITIMORTGAGE, INC.

Dated: June 24, 2013

_____
RON W. ITO
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the Notice of Removal entered on the Docket as entry #1 shall be removed and replaced with the Notice of Removal attached as Exhibit A to Dkt. No. 19.

**IT IS SO ORDERED.**

Dated: June 28, 2013                          _____
                                              YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT COURT JUDGE