PETER J. SALMON (SBN 174386)
CHRISTOPHER L. PETERSON (SBN 215069)
JILLIAN A. BENBOW (SBN 246822)
JASON W. SHORT (SBN 263667)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: jshort@piteduncan.com

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION and CITIMORTGAGE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| Massoumeh Kaviani-Nejad,<br><br>Plaintiff,<br><br>v.<br><br>Federal Home Loan Mortgage Corporation; CitiMortgage, Inc.; and DOES 1 TO 50,<br><br>Defendants. | Case No. C-13-01697-YGR<br><br>**STIPULATION TO DISMISS AND ORDER**<br><br>Complaint Filed:   April 17, 2012 |

**IT IS HEREBY STIPULATED AND AGREED** upon by, and between, Plaintiff Massoumeh Kaviani-Nejad ("Plaintiff") and Defendants Federal Home Loan Mortgage Corporation and CitiMortgage, Inc., by and through their respective counsel of record, that the above-referenced action shall be dismissed with prejudice pursuant to FRCP Rule 41.

IT IS SO STIPULATED.

Dated: July 9, 2013          PITE DUNCAN, LLP

/s/ Jillian A. Benbow
JILLIAN A. BENBOW
JASON W. SHORT
Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION and CITIMORTGAGE, INC.

1 | Dated: July 9, 2013

2 | /s/ Ron W. Ito
RON W. ITO
3 | Attorney for Plaintiff

4 | **ORDER**

5 | IT IS HEREBY ORDERED that the above referenced action is dismissed with prejudice.

6 |

7 | **IT IS SO ORDERED.**

8 | Dated: July 11, 2013

9 | YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

-2-
STIPULATION